

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

April 24, 1959

Honorable Henry Wade
District Attorney
Records Building
Dallas, Texas

Opinion No. WW-607

Re: Duty of the County
Clerk to search re-
cords.

Dear Mr. Wade:

In your recent letter you have requested this office
to render an opinion as to whether the County Clerk has a
duty to search the records which are under his control and
supervision and guarantee the correctness thereof to the party
requesting the search be made.

The duties of a public officer, in general, have been
described as follows: (67 C.J.S. 396, Officers, Section 110).

"The duties of a public officer are
usually prescribed by statute, but it has
been observed that such statutes seldom,
if ever, define with precise accuracy the
full scope of such duties. Generally the
duties of a public office include those
lying fairly within its scope, those essen-
tial to the accomplishment of the main pur-
pose for which the office was created, and
those which although incidental and collat-
eral, serve to promote the accomplishment
of the principal purposes. . . ."

Specifically, the duty of public officers to conduct
searches of their records and certify the result, upon request,
has been described as follows: (10 Am. Jur. 950, Clerks of
Courts, Section 14).

". . . In some states it is made
the duty of Clerks of Courts, prothono-
taries, and other officials having the
custody of public records to make searches
and certify the result, and it is held
that the officer is liable for any error
or misstatement in such certificate, but
without statutory provision such services

are not part of the official duty of
Clerks of the Courts. . . ."

The duties and functions of the County Clerk are set
forth in Articles 1935 through 1948, Vernon's Civil Statutes.
Article 1941 provides that the County Clerk shall act as ex-
officio recorder and maintain such records as necessary.  Arti-
cle 1945 provides that the County Clerk shall keep such other
records as may be required by law and that they shall be open
to inspection and examination by any citizen who shall have the
right to make copies of the same.  Nowhere do the statutes im-
pose a duty upon the County Clerk to search the records main-
tained by him, and to certify the results of his findings.

Therefore, it is the opinion of this office that the
statutes impose no duty on the County Clerk to conduct searches
of his records and certify the results of such searches.  With
reference to the foregoing quote from Corpus Juris Secundum,
neither does such service seem to be necessary to accomplish
the principal purposes for which the office of County Clerk
was created.

## SUMMARY

The County Clerk has no duty to
search the records under his con-
trol and guarantee the correct-
ness thereof.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John L. Estes
Assistant

JLE:rm:zt

APPROVED:
OPINION COMMITTEE
Geo. P. Blackburn, Chairman

Riley Eugene Fletcher
Dean Davis
Elmer McVey
Paul W. Floyd, Jr.

REVIEWED FOR THE ATTORNEY GENERAL
BY:  W. V. Geppert